On petition for review filed April 15, 1994,* petition for review allowed; decision of the Court of Appeals vacated, and case remanded to the Court of Appeals for further consideration April 5, 2001

STATE OF OREGON,
*Respondent on Review,*

*v.*

RICHARD DON BASS,
*Petitioner on Review.*

(CC 92CR304, 92CR305;
CA A76682 (Control), A76683; SC S41240)

21 P3d 1086

Ingrid Alise MacFarlane, Deputy Public Defender, Salem, filed the petition for review. With her on the petition was Sally L. Avera, Public Defender.

No response *contra.*

Before Carson, Chief Justice, and Gillette, Durham, and Riggs, Justices.**

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is vacated. The case is remanded to the Court of Appeals for further consideration in light of *State v. Fleetwood*, 331 Or 511, 16 P3d 503 (2000).

---

* Appeal from Curry County Circuit Court, Richard K. Mickelson, Judge pro tempore. 126 Or App 303, 868 P2d 761 (1994).

** Kulongoski, Leeson, and De Muniz, JJ., did not participate in the consideration or decision of this case.